**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Brian Bosley

Plaintiff,

v.

Case No.: 1:26−cv−12818
Honorable Lindsay C. Jenkins

Blue Ridge Bankshares Inc, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 20, 2026:

MINUTE entry before the Honorable Lindsay C. Jenkins: The motion for voluntary dismissal [9] with prejudice is granted. Under L.R. 54.3, any fee motion must be filed on or before February 18, 2027. If such a motion is filed, the parties should include an agreed briefing schedule for the court to impose. Civil case terminated. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.